UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JOHN R. HAAS,**
    Petitioner,

  v.              Case No. 07C0480

**WARDEN LARRY JENKINS,**
    Respondent.

---

## DECISION AND ORDER

In May 2007, Haas petitioned for a writ of habeas corpus in this court under 28 U.S.C. § 2254, challenging his conviction in Wisconsin state court of attempted burglary and related offenses. While this appeal was pending, the Wisconsin courts vacated the judgment of conviction, and respondent has moved to dismiss this case as moot. Petitioner does not oppose the dismissal.

**THEREFORE, IT IS ORDERED** that respondent's motion to dismiss is **GRANTED**. This action is hereby **DISMISSED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 9 day of January, 2009.

            /s_____
            LYNN ADELMAN
            District Judge